FILED ___ ENTERED
LODGED ___ RECEIVED

07-CV-00551-ORD

NOV 16 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS VASQUEZ, a.k.a. JOSUEL PRUDENTE-VASQUEZ,

Petitioner,

v.

A. NEIL CLARK, et al.,

Respondents.

CASE NO. C07-0551-TSZ-MAT

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the proposed Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 16 day of Nov, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER
PAGE – 1